1024

[No. 35672-1-I.    Division One.    February 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRYL
MANASSA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-04935-2, Arthur E. Piehler, J., entered
November 16, 1994. *Affirmed* by unpublished per curiam
opinion.

[No. 35859-6-I.    Division One.    February 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RENO J. KANE,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-03611-1, JoAnne Alumbaugh, J., entered
December 6, 1994. *Affirmed* by unpublished per curiam
opinion.

[No. 37716-7-I.    Division One.    February 17, 1998.]

STUART C. BISHOP, *Appellant*, v. TWIN LAKES GOLF AND
COUNTRY CLUB, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-22087-0, Harriett Cody, J., entered
October 18, 1995 and February 12, 1996. *Affirmed* by un-
published opinion per Ellington, J., concurred in by Grosse
and Agid, JJ.

[No. 38039-7-I.    Division One.    February 17, 1998.]

ESTATE OF FRANCISZEK P. STARCZEWSKI, ET AL., *Appellants*,
v. RANDOLF I. GORDON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-09673-2, Carol A. Schapira, J., entered
December 22, 1995. *Affirmed* by unpublished per curiam
opinion.